EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Comité de Revisión del Manual de Instrucciones al Jurado | 2019 TSPR 74 <br><br> 202 DPR \_\_\_\_ |

Número del Caso: EC-2019-01

Fecha: 16 de abril de 2019

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comité de Revisión del Manual de      EC-2019-01
Instrucciones al Jurado


RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de abril de 2019.

El 4 de marzo de 2019, el Comité para la Revisión del Manual de Instrucciones al Jurado (Comité) presentó el proyecto de *Instrucciones al Jurado*, en cumplimiento con la encomienda que le delegó este Tribunal.[1] En su escrito, el Comité solicitó que se refiera el documento a la Oficina de la Compiladora y Publicista de Jurisprudencia del Tribunal Supremo (Compiladora) para su edición y revisión lingüística. Además, recomendó que, con el apoyo del Secretariado de la Conferencia Judicial y Notarial (Secretariado), se ejecute un proceso de validación del proyecto que se presentó con la colaboración de la Academia Judicial Puertorriqueña.

Evaluadas ambas peticiones, concedemos lo solicitado. Se refiere copia del proyecto de *Instrucciones al Jurado* a la Compiladora para que realice una revisión lingüística y le provea recomendaciones al Comité para garantizar el uso de lenguaje inclusivo y accesible a la audiencia receptora, entiéndase, los y las miembros del Jurado. Se le confiere hasta el 16 de septiembre de 2019 para la ejecución de esta encomienda.

---

[1] *In re Comité Rev. Manual Jurado*, 197 DPR 532 (2017); *In re Comité Rev. Manual Jurado I*, 199 DPR 521 (2017).

Con el fin de someter el proyecto de *Instrucciones al Jurado* a un proceso de validación, se le delega al Secretariado identificar el mecanismo y la metodología aplicable al proceso de consulta interna. Para ello, contará con la colaboración de la Academia Judicial Puertorriqueña.

Concluida la revisión de la Compiladora y el proceso de consulta, el Comité evaluará los hallazgos y presentará un proyecto enmendado ante este Tribunal con el apoyo técnico y jurídico del Secretariado.

Se autoriza a la Directora del Secretariado, Lcda. Verónica N. Vélez Acevedo, a compartir el proyecto de *Instrucciones al Jurado* con la Academia Judicial Puertorriqueña, como documento de trabajo interno. Asimismo, se permite que el proyecto se divulgue preliminar e internamente a los jueces y las juezas de las salas de lo criminal para que puedan utilizarlo como guía para uso de forma discrecional. Se instruye a la Directora Ejecutiva de la Academia Judicial Puertorriqueña, Lcda. Tamara Vargas Ortiz, a que establezca los mecanismos para compartir el documento según autorizado, destacando que se trata de un documento de trabajo interno de la Rama Judicial que estará sujeto a un proceso de validación a cargo del Secretariado y no se podrá divulgar a terceras personas. Una vez concluya este proceso de validación interna, se procederá con el correspondiente mecanismo de divulgación pública.

Notifíquese a los y las miembros del Comité, al Director Administrativo de los Tribunales, Hon. Sigfrido Steidel Figueroa, a la Compiladora y Publicista del Tribunal Supremo de Puerto Rico, Lcda. Heidi J. Claudio Rosario, a la Directora del Secretariado, Lcda. Verónica N. Vélez Acevedo, y a la Directora Ejecutiva de la Academia Judicial Puertorriqueña, Lcda. Tamara Vargas Ortiz.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo